# EXHIBIT C

Bk: 2186 Pg: 39
INST: 00101304

Recording Requested By:
**Bank of America**
Prepared By: Mercedes Judilla
888-603-9011
When recorded mail to:
CoreLogic
450 E. Boundary St.
Attn: Release Dept.
Chapin, SC 29036

DocID# REDACTED 1048
Property Address:
200 Shun Pike
Johnston, RI 02919-4517
RIO-AM 16577613        1/9/2012

This space for Recorder's use

MIN #: REDACTED 7820     MERS Phone #: 888-679-6377

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is 1901 E Voorhees Street, Suite C, Danville, IL 61834 does hereby grant, sell, assign, transfer and convey unto BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP whose address is 13150 WORLD GATE, HERNDON, VA 20170 all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| | |
|---|---|
| Original Lender: | QUICKEN LOANS, INC. |
| Borrower(s): | ROCCO N. JAVACONE, JR. AND MARSHA S. JAVACONE, HUSBAND AND WIFE, JOINT TENANTS WITH FULL RIGHTS OF SURVIVORSHIP |
| Date of Mortgage: | 11/8/2007 |
| Original Loan Amount: | $270,000.00 |

Recorded in Johnston Township, RI on: 11/14/2007, book 1881, page 213 and instrument number 00075437

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
Dated: 1/9/2012

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _Jeanine Abramoff_
Jeanine Abramoff Assistant Secretary

State of California
County of Ventura

On JAN 09 2012 before me, _Desiree Carson_, Notary Public, personally appeared
_Jeanine Abramoff_
, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: _Desiree Carson_     (Seal)
My Commission Expires: December 19, 2013


DESIREE CARSON
Commission # 1873687
Notary Public - California
Ventura County
My Comm. Expires Dec 19, 2013


610 REDACTED 0595  D8  001  003

VINCENT P. BACCARI JR.
TOWN OF JOHNSTON
TOWN CLERK
Jan 17, 2012 03:46:52P